# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

Filed:   September 21, 2015

* * * * * * * * * *

| | |
|---|---|
| KEITH SAUNDERS, | * |
| | *     UNPUBLISHED |
| | *     No. 15-939V |
| Petitioner, | * |
| | * |
| v. | *     Chief Special Master Dorsey |
| | * |
| SECRETARY OF HEALTH | * |
| AND HUMAN SERVICES, | * |
| | * |
| Respondent. | * |
| | * |

* * * * * * * * * *

## ORDER CONCLUDING PROCEEDINGS

It has become apparent that this case (#15-939) was initiated in error by petitioner's counsel, and that it duplicates the claim made in a pre-existing case.   The pre-existing case, which is on Special Master Moran's docket, names the same petitioner and has a case number of 15-233v.

To enable petitioner to proceed with his claims in the pre-existing case, proceedings in the instant case must be concluded.   Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **dismissed without prejudice**.   The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

Any questions regarding this Order may be directed to the undersigned's law clerk, Francina Segbefia, at (202)357-6358, or at Francina_Segbefia@ao.uscourts.gov.

**IT IS SO ORDERED.**

s/Nora Beth Dorsey
Nora Beth Dorsey
Chief Special Master